IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET,

    Plaintiff,                      No. CIV S-06-2822 FCD EFB P

    vs.

DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.             ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 28, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2009, are adopted in full;

2. Plaintiff's December 3, 2007, motion to amend the complaint is denied;

3. Plaintiff's August 8, 2008, motion for summary judgment and for an order to answer is denied; and,

4. This action be dismissed with prejudice for plaintiff's failure to state a claim. *See* 28 U.S.C. § 1915A;

DATED: March 18, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE